In the United States District Court for the
Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| Tuan Do and Chau Nguyen | § § § § | |
| vs. | § | Civil Action No. 3:17-CV-00264-N |
| | § § § | |
| General Growth Properties, Inc. | § | |

## Stipulated Dismissal

All the parties, through the signatures of their counsel below, stipulate to dismiss all claims and causes of action that were or could have been asserted in this action and to dismiss this action under Federal Rule of Civil Procedure 41.

Respectfully submitted,

**DOWELL PHAM HARRISON, LLP**

By: */s/ Lu Pham*
    Lu Pham
    Texas Bar No. 15895430
    lpham@dphllp.com
    505 Pecan Street, Suite 101
    Fort Worth, Texas 76102
    (817) 632-6300
    (817) 632-6313 fax

**Attorney-in-Charge for Plaintiffs**

**AND**

                                **BOYARMILLER**

By: */s/ Lee Collins*
    Lee A. Collins
    State Bar No. 00790484
    Federal ID No. 19221
    lcollins@boyarmiller.com
    Kirby Grove
    2925 Richmond Ave., 14th Floor
    Houston, Texas 77098
    Telephone: (713) 850-4282
    Facsimile: (713) 552-1758

**Attorney-in-Charge for Defendant**

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing was served to all counsel of record via ECF on March 8, 2018:

              */s/ Lu Pham*
              Lu Pham